United States Bankruptcy Court
Eastern District of New York

In re:                                                                    Case No. 16-44414-cec
Charles Aigotti                                                           Chapter 7
Annamaria Aigotti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0207-1          User: admin          Page 1 of 2          Date Rcvd: Jan 05, 2017
                             Form ID: 318DF7       Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2017.
```
db/jdb        Charles Aigotti,   Annamaria Aigotti,   237 Lee Ave,   Staten Island, NY  10307-1340
smg           NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
              Brooklyn, NY  11201-3719
smg          +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
              Albany, NY  12240-0001
8884746       639 Management, LLC,   2945 Bruckner Blvd,   Bronx, NY  10461-5625
8884750       Cb/coldwcmc,   3100 Easton Square Pl,   Columbus, OH  43219-6232
8884752       Ccb/overst,   PO Box 182120,   Columbus, OH  43218-2120
8884753       Chase Auto,   PO Box 901003,   Fort Worth, TX  76101-2003
8884757       Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,   PO Box 790040S,   Louis, MO  63129
8884758       Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,   PO Box 790040,
              Saint Louis, MO  63179-0040
8884759       Citibank/the Home Depot,   Citicorp Cr Srvs/Centralized,   PO Box 790040S,   Louis, MO  63129
8884760       Citibusiness Card,   PO Box 9001037,   Louisville, KY  40290-1037
8884761       Cole Taylor Bk/Dovenmu,   2251 Rombach Ave,   Wilmington, OH  45177-1995
8884765       Con Edison,   JAF Station,   PO Box 1702,   New York, NY  10116-1702
8901040      +Consolidated Edison Company of New York, Inc.,   4 Irving Place, Room 1875-S,
              New York, New York 10003-3502,   Attn: Bankruptcy Group
8884767       Dept of Ed/Navient,   Attn: Claims Dept,   PO Box 9400,   Wilkes Barre, PA  18773-9400
8884770       Dpt Ed/Navi,   PO Box 9635,   Wilkes Barre, PA  18773-9635
8884772       Fnb of Omaha,   PO Box 3412,   Omaha, NE  68103-0412
8906351      +Ford Motor Credit Company LLC,   c/o Schiller, Knapp, Lefkowitz & Hertzel,
              950 New Loudon Rd.,  Suite 109,   Latham, New York 12110-2100
8884775       Frod Motor Credit Co,   PO Box 62180,   Colorado Springs, CO  80962-2180
8884776       Gils Magazine,   3938 Victory Blvd,   Staten Island, NY  10314-6701
8884777       Hanover Insurance company,   Group,   PO Box 580045,   Charlotte, NC  28258-0045
8884778       IBEW ULTRA PLAT MC,   Union Plus Credit Card,   PO Box 71104,   Charlotte, NC  28272-1104
8884781      +Local Flavor Magazine- Clipper Magazine,   3708 Mempland Rd,   mountville, PA 17554-1542
8918951      +MB Financial Bank, Nat'l Assoc.,   14841 Dallas Parkway,   Suite 300,   Dallas, TX 75254-7883
8884783       National Grid,   PO Box 11741,   Newark, NJ  07101-4741
8884785       ProCOMM,   PO Box 1176,   Seneca, SC  29679-1176
8884786       Sallie Mae,   300 Continental Dr,   Newark, DE  19713-4322
8884788       Staten Island Advance,   PO Box 781468,   Philadelphia, PA  19178-1468
8884798       United Teletech Fin Fc,   205 Hance Ave,   Tinton Falls, NJ  07724-2764
8884802       Wine & Design,   237 Lee Ave,   Staten Island, NY  10307-1340
8884803       Wine & Design Corp. HQ,   1520 Glenwood Ave Ste 200A,   Raleigh, NC  27608-2263
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 05 2017 20:48:06
              NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
              Albany, NY  12205-0300
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 05 2017 20:47:16
              Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
              U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
8884747       EDI: AMEREXPR.COM Jan 05 2017 20:48:00   Amex,   Correspondence,   PO Box 981540,
              El Paso, TX  79998-1540
8884748       EDI: AMEREXPR.COM Jan 05 2017 20:48:00   Amex,   PO Box 297871,
              Fort Lauderdale, FL  33329-7871
8884749       EDI: CAPITALONE.COM Jan 05 2017 20:48:00   Capital One,   PO Box 5253,
              Carol Stream, IL  60197-5253
8884751       EDI: WFNNB.COM Jan 05 2017 20:48:00   Cb/vicscrt,   PO Box 182789,   Columbus, OH  43218-2789
8884754      +EDI: CAUT.COM Jan 05 2017 20:48:00   Chase Auto Finance,   National Bankruptcy Dept,
              201 N Central Ave MSC AZ1-1191,   Phoenix, AZ 85004-1071
8884755       EDI: CITICORP.COM Jan 05 2017 20:48:00   Citi,   PO Box 6241,   Sioux Falls, SD  57117-6241
8884756       EDI: CITICORP.COM Jan 05 2017 20:48:00   Citi Dividend Card,   PO Box 6062,
              Sioux Falls, SD  57117-6062
8884762       EDI: WFNNB.COM Jan 05 2017 20:48:00   Comenity Bank/Victoria Secret,   PO Box 18215,
              Columbus, OH  43218
8884763       EDI: WFNNB.COM Jan 05 2017 20:48:00   Comenitybank/coldwcmc,   Comenity Bank,   PO Box 182125,
              Columbus, OH  43218-2125
8884764       EDI: WFNNB.COM Jan 05 2017 20:48:00   Comenitycapital/overst,   Comenity Bank,
              PO Box 182125,   Columbus, OH  43218-2125
8884766       EDI: NAVIENTFKASMDOE.COM Jan 05 2017 20:48:00   Dept of Ed/Navient,   PO Box 9635,
              Wilkes Barre, PA  18773-9635
8884768       EDI: DISCOVER.COM Jan 05 2017 20:48:00   Discover Fin Svcs LLC,   PO Box 15316,
              Wilmington, DE  19850-5316
8884769       EDI: DISCOVER.COM Jan 05 2017 20:48:00   Discover Financial,   PO Box 3025,
              New Albany, OH  43054-3025
8884771       EDI: USBANKARS.COM Jan 05 2017 20:48:00   Elan Fin Svc,   PO Box 108,
              Saint Louis, MO  63166-0108
8884773       EDI: FORD.COM Jan 05 2017 20:48:00   Ford Motor Credit,   PO Box 62180,
              Colorado Springs, CO  80962-2180
8884774      +EDI: FORD.COM Jan 05 2017 20:48:00   Frd Motor Cr,   PO Box BOX542000,   Omaha, NE 68154-8000
```

```
District/off: 0207-1          User: admin              Page 2 of 2           Date Rcvd: Jan 05, 2017
                              Form ID: 318DF7           Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8884779         EDI: CBSKOHLS.COM Jan 05 2017 20:48:00      Kohls/Capital One,   PO Box 3120,
                Milwaukee, WI  53201-3120
8884780        +EDI: CBSKOHLS.COM Jan 05 2017 20:48:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
8884782         EDI: RMSC.COM Jan 05 2017 20:48:00      Lowes,   PO Box 960097,  Orlando, FL  32896-0097
8884784         EDI: NAVIENTFKASMSERV.COM Jan 05 2017 20:48:00      Navient,  Attn: Claims Dept,   PO Box 9500,
                Wilkes Barre, PA  18773-9500
8884786         EDI: SALLIEMAEBANK.COM Jan 05 2017 20:48:00      Sallie Mae,   300 Continental Dr,
                Newark, DE  19713-4322
8884787         EDI: SEARS.COM Jan 05 2017 20:48:00      Sears/Cbna,   PO Box 6283,
                Sioux Falls, SD  57117-6283
8884789         EDI: RMSC.COM Jan 05 2017 20:48:00      Syncb/Care Credit,   C/o,   PO Box 965036,
                Orlando, FL  32896-5036
8884790         EDI: RMSC.COM Jan 05 2017 20:48:00      Syncb/ethan Allen,   C/o,   PO Box 965036,
                Orlando, FL  32896-5036
8884791         EDI: RMSC.COM Jan 05 2017 20:48:00      Syncb/jcp,   PO Box 965007,  Orlando, FL  32896-5007
8884792         EDI: RMSC.COM Jan 05 2017 20:48:00      Syncb/pcrich,   PO Box 965036,   Orlando, FL  32896-5036
8886190         EDI: RMSC.COM Jan 05 2017 20:48:00      Synchrony Bank,   c/o Recovery Management Systems Corp.,
                25 S.E. 2nd Avenue, Suite 1120,  Miami, FL 33131-1605
8884793         EDI: RMSC.COM Jan 05 2017 20:48:00      Synchrony Bank/ Jc Penneys,   PO Box 965064,
                Orlando, FL  32896-5064
8884794         EDI: RMSC.COM Jan 05 2017 20:48:00      Synchrony Bank/Care Credit,   PO Box 965064,
                Orlando, FL  32896-5064
8884795         EDI: RMSC.COM Jan 05 2017 20:48:00      Synchrony Bank/Pc Richard,   PO Box 965064,
                Orlando, FL  32896-5064
8884796        +EDI: TDBANKNORTH.COM Jan 05 2017 20:48:00      Td Bank N.A.,   32 Chestnut St,
                Lewiston, ME 04240-7799
8884797         EDI: CITICORP.COM Jan 05 2017 20:48:00      Thd/Cbna,   PO Box 6497,
                Sioux Falls, SD  57117-6497
8884799         EDI: VERIZONCOMB.COM Jan 05 2017 20:48:00      Verizon,   PO Box 15124,  Albany, NY  12212-5124
8884800         EDI: WFFC.COM Jan 05 2017 20:48:00      Wells Fargo Bank,   1 Home Campus Fl 3,
                Des Moines, IA  50328-0001
8884801         EDI: WFFC.COM Jan 05 2017 20:48:00      Wf Pll,   PO Box 94435,  Albuquerque, NM  87199-4435
                                                                                              TOTAL: 37

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2017 at the address(es) listed below:

```
     Alan  Nisselson    anisselson@windelsmarx.com,
      theston@windelsmarx.com;ahollander@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
     Kevin B Zazzera    on behalf of Joint Debtor Annamaria  Aigotti kzazz007@yahoo.com
     Kevin B Zazzera    on behalf of Debtor Charles  Aigotti kzazz007@yahoo.com
     Martin A Mooney    on behalf of Creditor   Ford Motor Credit Comany LLC MPilinko@schillerknapp.com,
      mpilinko@ecf.courtdrive.com;kcollins@ecf.courtdrive.com
     Martin A Mooney    on behalf of Creditor   Ford Motor Credit Company LLC as agent for CAB East,
      LLC MPilinko@schillerknapp.com,  mpilinko@ecf.courtdrive.com;kcollins@ecf.courtdrive.com
     Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                              TOTAL: 6
```

<div style="border:1px solid">

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charles Aigotti** | Social Security number or ITIN  **xxx–xx–1961** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Annamaria Aigotti** | Social Security number or ITIN  **xxx–xx–9816** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of New York
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

| | |
|---|---|
| Case number:   **1–16–44414–cec** | Chapter:   **7** |

</div>

# Order of Discharge and Final Decree

Revised: 12/15

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

Charles Aigotti

Annamaria Aigotti
aka Annamarie Aigotti

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: January 5, 2017

s/ Carla E. Craig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318DF7      **Chapter 7 Order of Discharge and Final Decree**      page 2